

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AREILL IVES | Case No.<br><br>Violation: Title 18, United States Code, Section 1343<br><br>1:25-cr-00621<br>Judge Elaine E. Bucklo<br>Magistrate Judge Keri L. Holleb Hotaling<br>Cat 3 Random Assignment |

The UNITED STATES ATTORNEY charges:

1.  At times material to this information:

    a.  Defendant AREILL IVES, who resided in Chicago, Illinois, owned and operated A.I. Ind, Ltd. and Federal Uniform LLC, companies which were organized and located in the state of Illinois.

    b.  IVES solicited and received funds from investors through A.I. Ind, Ltd. and Federal Uniform LLC.

    c.  A.I. Ind, Ltd. held a bank account at J.P. Morgan Chase for which IVES was the sole signatory.

2.  Beginning in or around January 2017, and continuing through in or around December 2024, in the Northern District of Illinois, Eastern Division, and elsewhere,

AREILL IVES,

defendant herein, devised, intended to devise, and participated in a scheme to defraud, and to obtain money and property by means of materially false and

fraudulent pretenses, representations, and promises, and by concealment of material facts, which scheme is further described below.

3. It was part of the scheme that IVES fraudulently solicited, obtained, and retained funds from investors based on false representations about the intended use of the investment funds, and the performance and value of the investment.

4. It was further part of the scheme that IVES executed agreements with investors, wherein he agreed to repay the entirety of their investments with an added return within a specified period of time, when he knew he did not have the capability to do so.

5. It was further part of the scheme that IVES told investors that their funds would be invested for their benefit, knowing that he intended to and did use some of the investment funds for his own personal use, such as to repay existing debts to others and for personal expenses, including gambling.

6. It was further part of the scheme that IVES knowingly misrepresented and knowingly omitted material facts to investors concerning what he had done with their funds, including false statements and material omissions regarding whether those funds had been invested at all and how those funds had been invested or used, in order to conceal his misappropriation of their funds.

7. It was further part of the scheme that defendant IVES attempted to lull victims into a false sense of security by making false statements and omitting material facts meant to conceal his misappropriation of the investors' funds,

including by representing that the purpose of their investments would be to fund certain contracts and business expansion when, in fact, he intended to use much of their funds for other purposes.

8. It was further part of the scheme that IVES misrepresented, concealed, and hid, and caused to be misrepresented, concealed, and hidden, the existence, purpose, and acts done in furtherance of the scheme.

9. As a result of the scheme, IVES fraudulently misappropriated approximately $10,475,000 from approximately 43 investors.

10. On or about August 11, 2023, in the Northern District of Illinois, Eastern Division, and elsewhere,

AREILL IVES,

defendant herein, for the purpose of executing the above-described scheme, did knowingly cause to be transmitted by means of wire communication in interstate commerce certain writings, signs, and signals, namely, an interstate wire transfer of $482,000, from Investor A's bank account, through the Federal Reserve System, into the A.I. Ind, Ltd. bank account held by IVES;

In violation of Title 18, United States Code, Section 1343.

JASON YONAN
Digitally signed by JASON YONAN
Date: 2025.09.09 18:45:19 -05'00'

Signed by Jason A. Yonan on behalf of the
UNITED STATES ATTORNEY